**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSE A. ORTIZ, ) | NO. CV 18-03382-RGK (AS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| STU SHERMAN, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 26, 2018.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE